UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABDULLAH ASGHAR,<br><br>    Plaintiff,<br><br>v.<br><br>TAYYAB FOOD, INC.,<br><br>    Defendant. | Case No. 23-cv-04360-DMR<br><br>**ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE** |

On September 4, 2024, the court ordered Plaintiff Abdullah Asghar to file a request for entry of default or status report by October 3, 2024. [Docket No. 36.] Plaintiff failed to do so. Accordingly, Plaintiff is ordered to respond by October 17, 2024 and show cause why this matter should not be dismissed for failure to prosecute. Failure to comply with this order may result in dismissal of this action.

**IT IS SO ORDERED.**

Dated: October 11, 2024



_____
Donna M. Ryu
Chief Magistrate Judge